BURTON C. JACOBSON, ESQ., SBN 027529
Beverly Hills Law Building
424 South Beverly Drive
Beverly Hills, California 90212-4414
Phone: (310) 553-8533 Fax: (310)286-2819

Richard L. Tobler, Esq., SBN 04070
Richard L. Tobler, Ltd.
3654 North Rancho Drive, Suite 102
Las Vegas, Nevada 89130
Phone: (702) 256-6000 Fax: (702) 256-2248

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD KARAYAN, TRUSTEE OF THE KARAYAN FAMILY TRUST, | ) CASE NO.: 2:13-cv-00472-APG-PAL )<br>) |
| Plaintiff, | ) **JUDGMENT AGAINST DEFENDANTS** |
| vs. | ) **SUSAN MARDIAN AND LEONARD**<br>) **MARDIAN, JOINTLY AND SEVERALLY** |
| SUSAN MARDIAN, LEONARD MARDIAN, and Does 1 through 25, Inclusive | )<br>)<br>) |
| Defendants. | ) |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   Judgment is hereby entered in favor of EDWARD KARAYAN, TRUSTEE OF THE KARAYAN FAMILY TRUST, Plaintiff and against DEFENDANTS, SUSAN MARDIAN and LEONARD MARDIAN, jointly and severally, as follows:

2.   That Defendants, SUSAN MARDIAN and LEONARD MARDIAN, jointly and severally, pay to Plaintiff the sum of

1   $1,569,375.00; and

2       2.   That Defendants, jointly and severally, pay to

3   Plaintiff the sum of $960.60 as and for costs incurred by

4   Plaintiff in the within action.

5       JUDGMENT FOR PLAINTIFF, AND AGAINST DEFENDANTS, SUSAN

6   MARDIAN AND LEONARD MARDIAN, JOINTLY AND SEVERALLY IS HEREBY

7   ENTERED IN THE AMOUNT OF $1,570,335.60.

8

9       **IT IS SO ORDERED**.

10      Dated: May 1, 2014.

11

12                          _____
                            ANDREW P. GORDON
13                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28