UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD KARAYAN, TRUSTEE OF THE KARAYAN FAMILY TRUST,<br>Plaintiff,<br><br>v.<br><br>SUSAN MARDIAN, LEONARD MARDIAN and DOES I through X, inclusive,<br>Defendants. | Case No. 2:13-cv-00472-APG-PAL<br><br>**ORDER AWARDING ATTORNEYS' FEES**<br>(Dkt. #32) |

On July 20, 2015, I set aside the default and default judgment that had been entered against defendants. (Dkt. #31.) I conditioned the setting aside upon the defendants' payment of plaintiff's reasonable attorney's fees and costs incurred in obtaining the default and default judgment. Pursuant to my Order, plaintiff filed a declaration of the fees and costs incurred. (Dkt. #32.) I have reviewed that declaration, and the fees and costs detailed therein are reasonable.

IT IS THEREFORE ORDERED that defendants shall pay to plaintiff $8,851.30, representing the fees and costs incurred in obtaining the default and default judgment. If defendants do not pay that amount to plaintiff within 30 days of entry of this order, I may strike their pending motion to dismiss and reinstate default and default judgment.

DATED this 6th day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE