# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWARD KARAYAN, TRUSTEE OF THE KARAYAN FAMILY TRUST,
    Plaintiff,

v.

SUSAN MARDIAN, LEONARD MARDIAN and DOES I through X, inclusive,
    Defendants.

Case No. 2:13-cv-00472-APG-PAL

**ORDER AMENDING AWARD OF ATTORNEYS' FEES**

(Dkt. #35)

Previously, I set aside the default and default judgment that had been entered against defendants, conditioned upon the defendants paying plaintiff $8,851.30 as the attorney's fees and costs incurred in obtaining the default and default judgment. (Dkt. ##31, 34.) Defendants have requested permission to pay that amount in nine monthly installments, rather than in one lump sum. (Dkt. #35.) I have authority to modify my own orders prior to an appeal being filed. Good cause appearing,

IT IS HEREBY ORDERED that my prior orders regarding payment of fees and costs are amended such that defendants shall pay to plaintiff $8,851.30 in eight monthly installments of $1,000 each, plus a final payment of $851.30. I decline to decide at this point whether defendants may later tax those payments as costs should they prevail in this litigation.

DATED this 1st day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE